1  SAMANTHA A. MARTIN, ESQ
   Nevada Bar No.: 12998
2  **RICHARD HARRIS LAW FIRM**
   801 South Fourth Street
3  Las Vegas, Nevada 89101
   Phone: (702) 444-4444
4  
5  Fax:  (702) 444-4455
   E-Mail: Samantha.Martin@RichardHarrisLaw.com
6  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ROCHELLE HAMILTON, | CASE NO.: 2:21-cv-01909-APG-EJY |
|---|---|
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO AMEND COMPLAINT** |
| 99 CENTS ONLY STORES LLC, | |
| Defendants. | |

Plaintiff ROCHELLE HAMILTON and Defendants, 99 CENTS ONLY STORES LLC by and through their respective counsel of records, hereby stipulate to amend Plaintiff's Compliant.

/ / /

/ / /

/ / /

1

The proposed Amended Complaint is attached hereto as Exhibit 1.

DATED this 8th day of August, 2022.

/s/ Samantha A. Martin
_____
Samantha A. Martin, Esq.
Nevada Bar No.: 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 8th day of August, 2022.

/s/ Homero A. Gonzalez
_____
Homero A. Gonzalez, Esq.
Nevada Bar No. 15231
**BRANDON SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorney for Defendant*

## ORDER

**IT IS HEREBY ORDERED** that the parties stipulate to amend Plaintiff's Complaint as attached as Exhibit 1.

DATED this 8th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
**RICHARD HARRIS LAW FIRM**

/s/ Samantha A. Martin
_____
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12298
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*