```
 1  SODW
    LEW BRANDON, JR., ESQ.
 2  Nevada Bar No. 5880
    JEFFREY J. ORR, ESQ.
 3  Nevada Bar No.: 7854
    BRANDON | SMERBER LAW FIRM
 4  139 East Warm Springs
 5  Las Vegas, Nevada 89119
    (702) 380-0007
 6  (702) 380-2964 – facsimile
 7  l.brandon@bsnv.law
    j.orr@bsnv.law
 8  Attorneys for Defendant,
    99 CENTS ONLY STORES LLC
 9
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROCHELLE HAMILTON, individually, | CASE NO.: 2:21-cv-01909-APG-EJY |
| Plaintiff, | |
| vs. | |
| 99 CENTS ONLY STORES LLC., a Foreign Limited-liability Company; and DOES 1 through 20; and ROE BUSINESS ENTITIES 1 through 20, | |
| Defendants. | |

### STIPULATION AND ORDER TO DISMISS DEFENDANT, 99 CENTS ONLY STORES, LLC., WITH PREJUDICE LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., and JEFFREY J. ORR, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, 99 CENTS ONLY STORES, LLC., and Plaintiff, ROCHELLE HAMILTON, by and through SAMANTHA A. MARTIN, ESQ., of RICHARD HARRIS LAW FIRM. as follows:

*Rochelle Hamilton v 99 Cents Only Stores, LLC.*
*Case No. 2:21-cv-01909-APG-EJY*

That Defendant, 99 CENTS ONLY STORES, LLC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 18th day April of, 2023.   DATED this 18th day of April, 2023.

**BRANDON | SMERBER LAW FIRM**   **RICHARD HARRIS LAW FIRM**

/s/ Lew Brandon, Jr. Esq.

**LEW BRANDON, JR., ESQ.**   **SAMANTHA A. MARTIN, ESQ.**
Nevada Bar No. 5880   Nevada Bar No. 12998
**JEFFREY J. ORR, ESQ.**   801 South 4th Street
Nevada Bar No.: 7854   Las Vegas, Nevada 89101
139 East Warm Springs   *Attorney for Plaintiff*
Las Vegas, Nevada 89119   *Rochelle Hamilton*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

*Rochelle Hamilton v 99 Cents Only Stores, LLC.*
*Case No. 2:21-cv-01909-APG-EJY*

**IT IS SO ORDERED** that Defendant, 99 CENTS ONLY STORES, LLC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this __21st__ day of __April__, 2023.

_____
**DISTRICT COURT JUDGE**

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No.: 7854
139 East Warm Springs
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*